## LEACH v. CALIFORNIA SAFE DEPOSIT AND TRUST COMPANY et al.*

S. F. No. 2369; November 23, 1901.

66 Pac. 786.

Appeal.—Where There is No Substantial Conflict in the evidence, but it is all against the finding by the court, such finding will be set aside on appeal.

APPEAL from Superior Court, Sonoma County; S. K. Dougherty, Judge.

Action by Ivy Leach against the California Safe Deposit and Trust Company and others. Judgment for defendants. Plaintiff appeals. Reversed.

A. G. Booth and J. T. Campbell for appellant; J. P. Rodgers, R. F. Crawford, W. B. Haskell, F. A. Meyer and M. V. Samuels for respondents.

PER CURIAM.—This is an action to determine the ownership of two hundred and twenty-five shares of the capital stock of defendant trust company. Plaintiff claims the property as a gift from Priscilla Wilson in her lifetime. The cause was tried by the court, and judgment passed for defendant Pierce, as administrator, the trial court finding that there was no gift. The sufficiency of the evidence to support that finding of fact is the only matter raised upon this appeal.

It is only in exceptional cases that this court will reverse the trial court upon its findings of fact. If there be a sub-

---

*Rehearing denied December 24, 1901.

stantial conflict in the evidence, it will never be done.   At
the same time, if there be no substantial conflict in the evi-
dence—if the evidence is all one way, and that way is against
the finding—then it is the duty of the court to set aside the
finding, and it will do so without hesitation.   The court has
concluded that such a case is presented by this record.   The
evidence of all the witnesses has been examined with care,
and that evidence points unequivocally to the fact that this
personal property constituted a gift to plaintiff from the
deceased, Priscilla Wilson, prior to her death.   If the evi-
dence of disinterested witnesses is to be believed, then such
is the fact.   There is no evidence contradictory to the testi-
mony of those witnesses, and we find nothing in that testi-
mony inconsistent in itself.   Theories and conjectures can-
not take the place of evidence, and, measured by the record,
the finding of fact to the effect that there was no gift has no
support in the evidence.

For the foregoing reasons the judgment and order are re-
versed and the cause remanded.